UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :   Crim. No. 08-802 (DMC)

          v.                 :   Hon. Dennis M. Cavanaugh

                                 :

ANTHONY MATIAS,            :   CONTINUANCE ORDER
CARLOS ROMERO, and        :
REY ARMANDO APONTE       :

A criminal indictment charging the defendant with conspiracy to distribute heroin, contrary to Title 21 United States Code, Sections 841(a) & (b)(1)(B)(1), in violation of Title 21, United States Code, Section 846, having been returned on October 27, 2008; and the defendant having arraigned on November 03, 2008; and the defendant being represented by Deborah Factor, Esq., and the defendant being out on bail; and the defendant and his counsel being aware that the defendant has the right to a trial within seventy (70) days of defendant's arraignment on this charge, pursuant to Title 18, United States Code, Section 3161(b); and two (2) continuances having previously been granted by this Court pursuant to Title 18, United States Code, Section 3161(h)(8)(A); the parties hereby request a continuance of sixty (60) days pursuant to Title 18, United States Code, Section 3161(h)(8)(A) in order to permit the parties to continue plea negotiations and try to resolve this matter without trial;

IT IS on this ___17___ day of March, 2009,

ORDERED that from March 14, 2009, to and including May 14, 2009, shall be excluded in calculating the time within which this

case must go to trial under the Speedy Trial Act for the following reasons:

1.    The defendant, through his counsel, has requested additional time so that the parties can attempt to resolve this matter through a plea agreement and thereby avoid a possible trial.

2.    Pursuant to Title 18, United States Code, Section 3161(h)(8)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

_____
HONORABLE DENNIS M. CAVANAUGH
United States District Judge


SEEN AND AGREED:

_____
Eric T. Kanefsky, Esq.
Assistant U.S. Attorney

_____
Deborah Factor, Esq.
Counsel for Rey Armando Aponte