UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

**ARSENEAULT, WHIPPLE,
FASSETT & AZZARELLO, LLP**
John C. Whipple, Esq. (JW 1591)
560 Main Street
Chatham, New Jersey 07928
Telephone: 973-635-3366
Facsimile: 973-635-0855
**Attorneys for Defendant Rey Armando Aponte**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Dennis M. Cavanaugh, U.S.D.J. |
| v. | Criminal No. 08-802 |
| REY ARMANDO APONTE, | **CONSENT ORDER FOR MODIFICATION OF CONDITIONS OF RELEASE** |
| Defendant. | **Document Electronically Filed** |

**THIS MATTER** having come before the Court upon the application of the Defendant, Rey Armando Aponte, by his attorneys, Arseneault, Whipple, Fassett & Azzarello, LLP (John C. Whipple, Esq. appearing), for an Order modifying Defendant's conditions of release, and the United States (Eric T. Kanefsky, Esq., Assistant United States Attorney) having consented to the application, and the Office of Pretrial Services having consented to the application, and the Court having considered the reasons for the Defendant's request, and good cause having been shown,

IT IS on this 17 day of JULY, 2009 **HEREBY ORDERED** that Defendant Rey Armando Aponte is hereby permitted to travel outside the State of New Jersey for the purpose of participation in semi-pro away scheduled football games and related travel on the following dates:

Saturday, July 18 2009 to Brooklyn, New York;

Saturday, August 1, 2009 to Newark, New Jersey

Saturday, August 8, 2009 to Brooklyn, New York; and

Saturday, September 12, 2009 to Staten Island, New York.

**IT IS HEREBY FURTHER ORDERED** that all other conditions of release shall remain in full force and effect.

**HONORABLE DENNIS M. CAVANAUGH**
**UNITED STATES DISTRICT JUDGE**

**CONSENTED TO:**

CHRISTOPHER J. CHRISTIE
UNITED STATES ATTORNEY

By: _____
Eric T. Kanefsky, Esq., A.U.S.A.
Assistant United States Attorney


ARSENEAULT, WHIPPLE,
FASSETT & AZZARELLO, LLP
Attorneys for Defendant

By: _____
Deborah Factor, Esq.

2