# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

**ARSENEAULT, WHIPPLE,**
**FASSETT & AZZARELLO, LLP**
**John C. Whipple, Esq. (JW 1591)**
**560 Main Street**
**Chatham, New Jersey 07928**
**Telephone: 973-635-3366**
**Facsimile: 973-635-0855**
**Attorneys for Defendant Rey Armando Aponte**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Hon. Dennis M. Cavanaugh, U.S.D.J. |
| | : | |
| v. | : | Criminal No. 08-802 |
| | : | |
| REY ARMANDO APONTE, | : | **CONSENT ORDER FOR** |
| | : | **MODIFICATION OF** |
| Defendant. | : | **CONDITIONS OF RELEASE** |
| | : | |
| | : | **Document Electronically Filed** |

    **THIS MATTER** having come before the Court upon the application of the Defendant,

Rey Armando Aponte, by his attorneys, Arseneault, Whipple, Fassett & Azzarello, LLP (John C.

Whipple, Esq. appearing), for an Order modifying Defendant's conditions of release, and the

United States (Eric T. Kanefsky, Esq., Assistant United States Attorney) having consented to the

application, and the Office of Pretrial Services having consented to the application, and the Court

having considered the reasons for the Defendant's request, and good cause having been shown,

IT IS on this $1^{3}$ day of _Nov_, 2009 **HEREBY ORDERED** that

Defendant Rey Armando Aponte is hereby permitted to travel outside the State of New Jersey on

Friday, November 27, 2009 and returning on Sunday, November 29, 2009. Defendant will be

visiting and staying with family at 25 James Street, Schenectady, New York 02304.

**IT IS HEREBY FURTHER ORDERED** that all other conditions of release shall

remain in full force and effect.

**HONORABLE DENNIS M. CAVANAUGH**
**UNITED STATES DISTRICT JUDGE**


**CONSENTED TO:**

PAUL J. FISHMAN
UNITED STATES ATTORNEY

By: _____
    Eric T. Kanefsky, Esq., A.U.S.A.
    Assistant United States Attorney


ARSENEAULT, WHIPPLE,
FASSETT & AZZARELLO, LLP
Attorneys for Defendant

By: _____
    Deborah Factor, Esq

2