Honorable Dennis M. Cavanaugh, U.S.D.J.
Re: United States v. Rey Armando Aponte
Criminal No.08-802
Page 1

**BY US MAIL**

December 6th, 2010

**Honorable Dennis M. Cavanaugh, U.S.D.J.**
**United States District Court, District of New Jersey**
**Martin Luther King Jr. Federal Building and Courthouse**
**50 Walnut Street**
**Newark, New Jersey 07102**

Re:   United States v. Rey Armando Aponte
      Criminal No.08-802

Dear Judge Cavanaugh:

    My name is Rey Armando Aponte and I have been sentenced before your honor on March 31st, 2010 to a (3) year probation term. I have been progressing very well and have complied fully with probation conditions and release guidelines. I write to respectfully request that your Honor permit my travel to Dominican Republic from January 20th 2011 to January 30th, 2011 and return of my passport for my wedding with my fiancée, Michelle Gonzalez Gil. A travel description and itinerary is attached and has been provided in advanced to US Probation Services and the Government. Confirmations, reservations and travel support documents will be presented to US Probation Officer upon approval notification. I am to report personally to my US Probation Officer, Andrea Shumsky upon 24 hours of my return and return passport and travel documents, Monday January 31st.

    If this request meets with Your Honor's approval, I have set forth a "So-Ordered" signature line to this letter for your convenience. Thank you for your attention to this matter.

Very Truly yours,

Mr. Rey Armando Aponte

Cc: Eric T. Kanefsky, Esq. A.U.S.A. (US MAIL, Fax, and Email)
    Andrea P. Shumsky, US Probation Officer (US MAIL, Fax, and Email)

So Ordered on this __14__ day of December, 2010.

**Honorable Dennis M. Cavanaugh**
**United States District Judge**