Honorable Dennis M. Cavanaugh, U.S.D.J.
Re: United States v. Rey Armando Aponte
Criminal No.08-802
Page 1

**BY MAIL**

August 3rd, 2011

**Honorable Dennis M. Cavanaugh, U.S.D.J.**
**United States District Court, District of New Jersey**
**Martin Luther King Jr. Federal Building and Courthouse**
**50 Walnut Street**
**Newark, New Jersey 07102**

Re:   United States v. Rey Armando Aponte
      Criminal No.08-802

Dear Judge Cavanaugh:

My name is Rey Armando Aponte and I have been sentenced before your honor on March 31st, 2010 to a (3) year probation term. I have been progressing very well and have complied fully with probation conditions and release guidelines. I write to respectfully request that your Honor permit permission to me for travel to Dominican Republic from September 15th 2011 to September 30th 2011 to attend my wife's US Immigration Visa Interview on September 20th as requested by the US Embassy/Consulate in Santo Domingo. The Government consents to this request. The Visa Appointment Letter is attached for your records and being provided to both the Government and US Probation Services, as well as confirmations, reservations and travel documents will be presented to US Probation Officer upon approval notification.

If this request meets with Your Honor's approval, I have set forth a "So-Ordered" signature line to this letter for your convenience. Thank you for your attention to this matter.

Very Truly yours,

_____
Mr. Rey Armando Aponte

Cc: Eric T. Kanefsky, Esq. A.U.S.A. (US MAIL, Fax, and Email)
    Andrea P. Shumsky, US Probation Officer (US MAIL, Fax, and Email)

So Ordered on this ___7___ day of ___Aug___, 2011.

_____
Honorable Dennis M. Cavanaugh
United States District Judge